IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT KEVIN BOULDS, (TDCJ #1311781) | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. 4:17-cv-3704 |
| LORIE DAVIS, Director, Texas Department of Criminal Justice - Correctional Institutions Division, | § § § § § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum and Order of even date, this case is **DISMISSED** without prejudice.

This is a **FINAL JUDGMENT**.

SIGNED at Houston, Texas, on DEC 1 9 2017.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE